MINUTE ENTRY
AFRICK, J.
APRIL 26, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 00-208

FREDERICK L. MILLER                          SECTION "R"

### INITIAL APPEARANCE SUPERVISED RELEASED VIOLATION

APPEARANCES:  X / DEFENDANT WITH/~~WITHOUT~~ COUNSEL _Willard W. Hill, Jr._ retained
 X / ASST. U. S. ATTORNEY   PETER THOMSON
 X / PROBATION OFFICER  CONSTANCE B. WHITE  _Rodd Felix for_
 __ / INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_May 6, 2005 at 10:00 AM._
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_April 29, 2005 at 8:30 AM._

**X / RULE TO REVOKE SUPERVISED RELEASED WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

JS-10:  :06