MINUTE ENTRY
APRIL 29, 2005
AFRICK, J.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 00-208

FREDERICK L. MILLER                         SECTION: R

### DETENTION HEARING

PRESENT:    X/DEFENDANT

        X/COUNSEL FOR THE DEFENDANT _____ *Willard W. Hill, Jr.* *retained*

        *821 Baronne St., New Orleans La. 70113*

        X/ASST. U.S. ATTORNEY _PETER THOMSON_ *William Bibbens for*

        _/INTERPRETER _____
        (Interpreter designated by the Court and sworn.  Time _____ M. to _____ M.)

  _/GOVERNMENT WITNESS(ES) _____

  _____

  _/DEFENSE WITNESS(ES) _____

  _____

JS-10:    : 10

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

FREDERICK L. MILLER                                    00-208 R
DEFENDANT                                              CASE NO.

### THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:

_/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

X / IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_____