> UNITED STATES DISTRICT COURT
> FILED
>
> | April 29, 2005 |
>
> EASTERN DISTRICT OF LOUISIANA
> Loretta G. Whyte
> Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 00-208 |
|---|---|
| VERSUS | SECTION "R" |
| FREDERICK L. MILLER(CUSTODY) | RULE TO REVOKE SUPERVISED RELEASE |

### NOTICE OF REVOCATION HEARING

This matter is hereby set for REVOCATION HEARING on MAY 25, 2005, at 9:30 a.m., before DISTRICT JUDGE SARAH S. VANCE, Courtroom C 279, Federal Courthouse Building, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: April 29, 2005

TO:
FREDERICK L. MILLER (CUSTODY)
c/o U.S. Marshal
New Orleans, LA 70130

**COUNSEL FOR DEFENDANT**
Willard W. Hill, Jr.
821 Baronne St.
New Orleans, LA  70113

If you change address,
notify clerk of court
by phone, 589-7689

LORETTA G. WHYTE, CLERK

by: _____
Jay Susslin
Deputy Clerk

✓ AUSA PETER THOMSON
New Orleans, LA 70130

✓ U.S. Marshal

✓ U.S. Probation Officer

✓ U.S. Pretrial Services

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No

✓ JUDGE VANCE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:
( ) YES _____
(x) NO Language and/or Dialect