

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -2 PM 3: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO.  00-208 |
| v. | * | SECTION: "R" |
| FREDERICK LOUIS MILLER | * | |
| | * * * | |

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents the following:

1.

On  February 14, 2001, the defendant was sentenced to thirty-seven months in prison, followed by a three-year term of supervised release, after being convicted of possession with intent to distribute marijuana.  On March 11, 2003, supervised release commenced with all the general conditions, including several special conditions.

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No. _____

2.

The defendant has violated the conditions of his supervised release in the following respects:

a. Miller has not submitted a monthly supervision report since April 2003.

b. Miller has failed to notify his probation officer of his place of residence. On June 3, 2003, he refused to provide his probation officer with the address of where he was living.

c. Miller refused to allow his probation officer to visit him at his home or have any further contact with him. On June 3, 2003, he advised his probation officer to cease further contact with him or he would obtain a restraining order.

d. On April 19, 2003, Miller was arrested by a representative with the New Orleans Police Department and charged with resisting arrest, obstructing an officer, and possession of cocaine. On April 25, 2003, the charge of possession of cocaine was refused. On August 26, 2003, the charge of resisting an officer/obstruction was nol-prossed. Miller failed to notify the probation officer of the arrest.

e. Miller failed to participate in the Orientation and Life Skills Program as directed by the probation officer. On June 3, 2003, he advised his probation officer that he refused to attend the classes.

f. Miller failed to participate in a program of testing and/or treatment for drug abuse as directed by the probation officer. On June 3, 2003, Miller advised his probation officer that he refused to participate in a drug testing/treatment program.

**WHEREFORE**, the government prays that Frederick L. Miller be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause why his supervised release should not be revoked for his failure to abide by its terms and conditions.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MARVIN OPOTOWSKY (LA Bar #10221)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, 2nd Floor
New Orleans, Louisiana  70130
Telephone: (504) 680-3117

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Willard W. Hill, Jr., 821 Baronne St., New Orleans, LA 70113, counsel for defendant, by mailing the same to him, properly addressed and postage prepaid this 2nd day of May, 2005.

Assistant United States Attorney