UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -5 AM 11:06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-208 |
| v. | * | SECTION: "R" |
| FREDERICK LOUIS MILLER | * | |
| | * * * | |

## ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the defendant, **FREDERICK LOUIS MILLER**, appear before this Court on the **25th day of May, 2005 at 9:30 a.m.**, to show cause, for the reasons stated in this rule, why his supervised release should not be revoked.

New Orleans, Louisiana, this 5th day of May, 2005.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___