MINUTE ENTRY
VANCE, J.
MAY 25, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL

VERSUS                                                  NO. 00-208

FREDERICK MILLER (CUSTODY)                              SECTION "R"

RULE TO REVOKE SUPERVISED RELEASE

COURTROOM DEPUTY: JAY SUSSLIN
COURT REPORTER/RECORDER: TONI TUSA

APPEARANCES:   PETER THOMSON, FOR THE GOVERNMENT
               WILLARD HILL, JR., FOR DEFENDANT
               FREDERICK MILLER, DEFENDANT
               CONSTANCE WHITE, U.S. PROBATON
               U.S. MARSHALS

Court begins.
All present and ready.
Counsel appear for the record.
Court entered judgment on the Government's Revocation motion.
See Judgment.
Court adjourned.

JS-10: 00:17