# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUN -7 AM 8:31
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

FREDERICK L. MILLER

CASE NUMBER: 00-cr-208"R"

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Frederick L. Miller, 1130 Orethea Castle, New Orleans, LA 70113**, and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   ( ) Complaint   (x) Order of Court   (x) Violation Notice   ( ) Probation Violation Petition

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**September 2, 2003   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

*p. Catalanotto*
(By) Deputy Clerk

Bail fixed at $ _____

by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
_X_ Dkd_____
___ CtRmDep____
___ Doc. No_____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-02-03 | Gerald Dysart DUSM | [signature] |
| DATE OF ARREST | | |
| 04-25-05 | | |

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

UNITED STATES OF AMERICA

V.

FREDERICK L. MILLER

**WARRANT FOR ARREST**

CASE NUMBER: 00-cr-208"R"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Frederick L. Miller, 1130 Orethea Castle, New Orleans, LA 70113**, and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    (x) Order of Court    (x) Violation Notice    ( ) Probation Violation Petition

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**September 2, 2003   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer
*Bi Catalanotto*
(By) Deputy Clerk

Bail fixed at $_____  by _____
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |